UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

CALVIN C. WILLIAMS,

Plaintiff,

-against-

JP MORGAN CHASE BANK, N.A., et al.,

Defendants.

-----------------------------------x

**MEMORANDUM & ORDER**
26-CV-2296 (EK)(MJ)

ERIC KOMITEE, United States District Judge:

Plaintiff Calvin Williams's motion for a temporary restraining order is denied.

Williams owns shares in a Brooklyn cooperative housing corporation. Williams Decl. ¶ 2, ECF No. 12-1, ECF No. 29. He pledged those shares, and his lease, to JPMorgan Chase Bank, N.A. ("Chase") as collateral in exchange for a loan. *Id.* ¶ 8(g). Chase now asserts that Williams is in default, and has scheduled a public auction of Williams's shares and lease for October 8, 2026. *Id.* ¶ 3. Williams asks the Court to stop the auction.

To secure preliminary relief, a plaintiff must show, among other things, that he is likely to succeed on the merits. *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). Williams makes no such showing. A secured party may sell collateral after the debtor defaults, provided that every aspect

of the sale is commercially reasonable and the secured party sends the debtor reasonable notification in advance. N.Y. U.C.C. §§ 9-610(a)-(b), 9-611(b). Williams disputes certain charges included in his debt, Williams Decl. ¶ 3, but he does not contend that he is not in default. A dispute over part of the amount owed does not establish a likelihood of success in stopping the sale. *See Lombard v. Station Sq. Inn Apts. Corp.*, 94 A.D.3d 717, 720-21 (2d Dep't 2012). Nor does Williams contend that Chase failed to give him reasonable notice of the sale or that any aspect of the sale is commercially unreasonable. Absent such a showing, the Court has no basis to restrain the sale. Thus, the motion for a temporary restraining order must be denied.

By October 6 at 5:00 PM, defendants are directed to respond to Williams's motion for a preliminary injunction. This response can be in the form of a brief, not to exceed fifteen double-spaced pages, or a shorter letter, as the defendants elect.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: October 4, 2026
Brooklyn, New York